UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL, an Oregon nonprofit corporation, and DOUGLAS TIMBER OPERATORS, an Oregon nonprofit corporation, <br><br> Defendant-Intervenors. | CASE NO. C04-1299RSM <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO FILE EXCESS PAGES |

Plaintiffs have filed a motion for leave to file overlength briefs in connection with the summary judgment motions in this matter. (Dkt. 47.) Plaintiffs' motion sets forth the respective positions of the parties on this issue. The Court, having reviewed plaintiffs' motion, hereby finds and ORDERS:

(1)   In light of the complexity of the issues in this matter, plaintiffs' motion to file excess pages is GRANTED. As proposed by plaintiffs', the parties are granted leave to file opening summary judgment briefs of up to 60 pages, with reply briefs not to exceed 30 pages.

ORDER GRANTING PLAINTIFFS'
MOTION TO FILE EXCESS PAGES
PAGE -1

(2)  The Clerk shall send copies of this order to all counsel of record and to the Honorable Ricardo S. Martinez.

DATED this  3rd  day of May, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS'
MOTION TO FILE EXCESS PAGES
PAGE -2