HONORABLE MARY ALICE THEILER

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATION, <u>et al.</u><br><br>        Plaintiffs,<br><br>        v.<br><br>NATIONAL MARINE FISHERIES SERVICE, <u>et al.</u>,<br><br>        Federal Defendants.<br><br>AMERICAN FOREST RESOURCE COUNCIL, <u>et al.</u><br><br>        Defendant-Intervenors | Civil No. C04-1299<br><br>**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: MAY 18, 2005** |

Presently pending before the Court is the Unopposed Motion to Amend Briefing Schedule filed by Federal Defendants. For the reasons stated in the motion, the motion is hereby GRANTED, and the briefing schedule is amended as follows:

**July 8, 2005**        Defendant and defendant-intervenors will file their respective oppositions/cross motions for summary judgment

| | |
|---|---|
| **August 5, 2005** | Plaintiffs will file their opposition/reply |
| **September 2, 2005** | Defendant and defendant-intervenors will file their respective replies. |

Dated this  20th  day of May, 2005

                                                           s/ Mary Alice Theiler
                                                           United States Magistrate Judge

Presented by:

 s/ Paul D. Barker, Jr.
PAUL D. BARKER, JR.
U.S. Department of Justice
Trial Attorney
Environmental and Natural Resources Div.
Natural Resources Section
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
(202) 305-0492
(202) 514-8865 (fax)
paul.barker@usdoj.gov