UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., <br><br>                    Plaintiffs, <br><br>    v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br>                    Defendants, <br><br>    and <br><br> AMERICAN FOREST RESOURCE COUNCIL, an Oregon nonprofit corporation, and DOUGLAS TIMBER OPERATORS, an Oregon nonprofit corporation, <br><br>                    Defendant-Intervenors. | CASE NO. C04-1299-RSM <br><br> ORDER RE: MOTION TO ENFORCE PAGE LIMITS AND REQUESTS FOR ORAL ARGUMENT |

Federal defendants and defendant-intervenors filed a joint motion to enforce the page limits indicated in the Court's May 3, 2005 Order and to adjust the briefing schedule. (Dkt. 71.) Plaintiffs objected to this motion, arguing that they properly determined the page limits of their briefing pursuant to Local Civil Rule 7(f)(4). (Dkt. 72.) Plaintiffs, federal defendants, and defendant-intervenors have also requested oral argument as to their pending motions for summary judgment. (Dkts. 52, 68 & 69). Having considered all of the materials before the Court as to these issues, the Court hereby finds and ORDERS:

ORDER
PAGE -1

01	(1)	The joint motion to enforce page limits (Dkt. 71) is DENIED. Although it would
02 have been preferable for plaintiffs to have inquired as to the page limit for a brief submitted in
03 opposition to the cross motions for summary judgment, and in reply to plaintiffs' motion for
04 summary judgment, in light of the Court's May 3, 2005 order, the Court finds the length of the
05 brief submitted appropriate given the complexity of the issues involved in this matter. However,
06 given the considerable length of plaintiffs' opposition and reply, the Court also finds it appropriate
07 to grant defendants and defendant-intervenors additional time to reply to plaintiffs' opposition.
08 Accordingly, defendants and defendant-intervenors have until **September 16, 2005** to file their
09 replies.

10	(2)	The Court also finds oral argument as to the pending motions for summary
11 judgment appropriate. The Court hereby sets oral argument for     **9:30 a.m. on Thursday,**
12 **October 20, 2005**. Plaintiffs' motion for summary judgment (Dkt. 52) and the cross motions for
13 summary judgment filed by federal defendants and defendant-intervenors (Dkts. 68 & 69) are
14 accordingly RENOTED for consideration as of that date.

15	(3)	The Clerk shall send copies of this order to all counsel of record and to the
16 Honorable Ricardo S. Martinez

17	DATED this  29th  day of August, 2005.

					Mary Alice Theiler
					United States Magistrate Judge

ORDER
PAGE -2