UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants,<br><br>and<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon nonprofit corporation, et al.,<br><br>Defendant-Intervenors. | CASE NO. C04-1299RSM<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

On March 30, 2007, the Court granted the plaintiffs' motion for summary judgment, and directed that both the supplemental environmental impact statement (FSEIS) issued by defendants Department of Agriculture and Department of the Interior on the Aquatic Conservation Strategy ("ACS") amendments, and the 2004 ACS amendment itself, as adopted by defendants Department of Agriculture and Department of the Interior, be set aside. Dkt. # 106. The Court directed the parties to advise the Court as to any further Court action necessary before final judgment is entered. *Id*.

ORDER - 1

1  Upon review of the responses filed, the Court finds that the additional Court action requested by
2 plaintiffs exceeds the relief requested in the amended complaint, which asked only that the Court enjoin
3 and set aside these documents. Dkt. # 9. The Court's Order means, as plaintiffs suggest, that the ACS
4 "reverts to its original form." Plaintiff's Response, p. 2. It does not mean, however, that any projects
5 authorized under the amended ACS may be enjoined in this lawsuit. While the Court expects that the
6 parties will confer to resolve disputes as to any specific projects, any further Court action in the form of
7 an injunction against projects which remain in dispute must await a new lawsuit.
8  Accordingly, the Clerk shall now enter judgment in favor of plaintiffs as to the claims set forth in
9 the amended complaint.
10  DATED this 11 day of June 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2