1                              Judge Ricardo S. Martinez

2

3

            UNITED STATES DISTRICT COURT

4     FOR THE WESTERN DISTRICT OF WASHINGTON

5  PACIFIC COAST FEDERATION OF    )   Civ. No. 04-1299-RSM-MAT
   FISHERMENS'S ASSOCIATIONS, INSTITUTE  )

6  FOR FISHERIES RESOURCES, OREGON   )

WILD[1], PACIFIC RIVERS COUNCIL, THE   )   ORDER GRANTING UNOPPOSED

7  WILDERNESS SOCIETY, UMPQUA       )   MOTION FOR FURTHER THIRTY-
   WATERSHEDS, KLAMATH FOREST     )   DAY EXTENSION TO FILE

8  ALLIANCE, KLAMATH-SISKIYOU     )   DECLARATION SUPPORTING
   WILDLANDS CENTER, SISKIYOU      )   PETITION FOR ATTORNEYS' FEES

9  REGIONAL EDUCATION PROJECT,     )   AND COSTS
   CONSERVATION NORTHWEST[2], and    )

10 NATIONAL CENTER FOR CONSERVATION  )
   SCIENCE AND POLICY[3],         )

11                       )

12         Plaintiffs,        )

13       v.              )

14 NATIONAL MARINE FISHERIES SERVICE,  )
   U.S. FISH AND WILDLIFE SERVICE, U.S.  )

15 DEPARTMENT OF AGRICULTURE, and U.S.  )
   DEPARTMENT OF THE INTERIOR,     )

16                       )

        Defendants,      )

17                       )

18    and              )

19 AMERICAN FOREST RESOURCE COUNCIL,  )
   an Oregon nonprofit corporation, and DOUGLAS )

   TIMBER OPERATORS, an Oregon nonprofit  )

20 corporation,             )

21        Defendant-Intervenors.   )

22 _____)

[1] Formerly Oregon Natural Resources Council.

23 [2] Formerly Northwest Ecosystem Alliance.

24 [3] Formerly Headwaters.

25 ORDER GRANTING UNOPPOSED MOTION FOR FURTHER      *Earthjustice*
   THIRTY-DAY EXTENSION TO FILE DECLARATION SUPPORTING    *705 Second Ave., Suite 203*

26 PETITION FOR ATTORNEYS' FEES AND COSTS (CV04-1299RSM-MAT)    *Seattle, WA  98104*
                                                                 *(206) 343-7340*

Upon consideration of Plaintiffs' Unopposed Motion for Further Thirty-Day Extension to File Declaration Supporting Petition for Attorneys' Fees and Costs, defendants' consent to the extension of time, and the record in this case, IT IS HEREBY

ORDERED that Plaintiffs' Unopposed Motion for Further Thirty-Day Extension to File Declaration Supporting Petition for Attorneys' Fees and Costs is granted; and it is further

ORDERED that plaintiffs shall have 30 days from the date of this order in which to file declarations, a brief, and other materials supporting their petition for attorneys' fees and costs in this action, and it is further

ORDERED that the petition for attorneys' fees and costs is re-noted for Tuesday, March 12, 2008.

Entered this 14th day of February, 2008.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR FURTHER
THIRTY-DAY EXTENSION TO FILE DECLARATION SUPPORTING
PETITION FOR ATTORNEYS' FEES AND COSTS (CV04-1299RSM-MAT)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

1

Presented by:

2

3

/s/  Patti Goldman
PATTI GOLDMAN (WSB #24426)

4

Earthjustice
705 Second Avenue, Suite 203

5

Seattle, WA  98104
(206) 343-7340

6

(206) 343-1526 *[FAX]*
pgoldman@earthjustice.org

7

*Attorney for Plaintiffs Pacific Coast Federation*

8

*of Fishermen's Associations, Institute for Fisheries*
*Resources, Oregon Wild, Pacific Rivers Council,*

9

*The Wilderness Society, Umpqua Watersheds, Klamath*
*Forest Alliance, Klamath-Siskiyou Regional Education*

10

*Project, Conservation Northwest, and National Center*
*for Conservation Science and Policy*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING UNOPPOSED MOTION FOR FURTHER
THIRTY-DAY EXTENSION TO FILE DECLARATION SUPPORTING

26

PETITION FOR ATTORNEYS' FEES AND COSTS (CV04-1299RSM-MAT)

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*